

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00196-CV

———————————————————

IN RE TRUCK INSURANCE EXCHANGE, Relator

Original Proceeding
342nd District Court of Tarrant County, Texas
Trial Court No. 342-283463-16

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: July 1, 2021